IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD HENDERSON, :
    Petitioner : No. 1:15-CV-2358
 :
v. : (Judge Kane)
 :
MR. BROOKES, et al., :
    Respondents :
 :

# ORDER

**AND NOW**, on this 19th day of December, 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Gerald Henderson's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 9), is **DENIED**;

2. Henderson's motion for leave to amend his prayer for relief (Doc. No. 27), motion to revise his amended petition (Doc. No. 32), and motion to remain at the Federal Detention Center in Philadelphia (Doc. No. 33), are **DENIED**;

3. No certificate of appealability shall issue, as the Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); see also Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania