IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD HENDERSON,** | : | |
| Petitioner | : | |
| | : | No. 1:15-cv-02358 |
| v. | : | |
| | : | (Judge Kane) |
| **MR. BROOKES, et al.,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 24th day of July 2018, upon consideration of Petitioner's May 7, 2018 letter (Doc. No. 39), which this Court construes as a motion for reconsideration of its December 19, 2017 Memorandum and Order (Doc. Nos. 37, 38), **IT IS ORDERED THAT** the motion (Doc. No. 39), is **DENIED**. This case shall remain closed.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania